FILED

2018 JAN 17 PM 12: 38

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | CASE NO. 1:18 MJ 8001 |
| ) | |
| v. ) | JUDGE MAG. JUDGE PARKER |
| ) | |
| ALAINA CHALKLEY, ) | |
| ) | Title 18, Section 1701, |
| Defendant. ) | United States Code |

The United States Attorney charges:

COUNT 1

Between on or about March 1, 2017, through on or about July 26, 2017, in the Northern District of Ohio, Eastern Division, ALAINA CHALKLEY, did knowingly and willfully obstruct or retard the passage of the mail, to wit: 24 pieces of first-class mail, 17 gift cards, 14 tobacco mailers, 694 pieces of undelivered mail, and an envelope containing lottery tickets worth $5.00; totaling at least $1,100.00, in violation of Title 18, United States Code, Section 1701.

JUSTIN E. HERDMAN
United States Attorney

By: _____
BRIDGET M. BRENNAN, Chief
Criminal Division