IT IS SO ORDERED.

Thomas M. Parker
United States Magistrate Judge
Dated: March 9, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18-MJ-8001 |
| | : | |
| Plaintiff, | : | MAGISTRATE JUDGE THOMAS M. |
| | : | PARKER |
| -vs- | : | |
| | : | **MOTION FOR LEAVE TO** |
| | : | **FILE DEFENDANT** |
| ALAINA CHALKLEY, | : | **ALAINA CHALKLEY'S** |
| | : | **SENTENCING MEMORANDUM** |
| Defendant. | : | **UNDER SEAL** |

NOW COMES the Defendant, ALAINA CHALKLEY, by and through her undersigned counsel, and respectfully moves this Honorable Court to enter an Order permitting her to file under seal her *Sentencing Memorandum*. Defendant respectfully submits that the *Sentencing Memorandum* contains sensitive information.

WHEREFORE, the Defendant, ALAINA CHALKLEY, by and through her undersigned counsel, respectfully requests this Honorable Court to enter an Order permitting her to file under seal her *Sentencing Memorandum*.

Respectfully Submitted,

/s/ S. Michael Lear
S. MICHAEL LEAR, Esq. (0041544)
Zukerman, Daiker & Lear, Co., L.P.A.
3912 Prospect Ave., East
Cleveland, Ohio 44115
(216) 696-0900
sml@zukerman-law.com
Counsel for Alaina Chalkley